# In the United States Court of Federal Claims

No. 13-50C

(Filed: September 10, 2013)

```
*****************************************
                                         *
CHRISTOPHER FROST,                       *
                                         *
                     Plaintiff,          *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                     Defendant.          *
                                         *
*****************************************
```

## ORDER

On July 24, 2013, counsel for the Government filed a motion to transfer this case to the United States District Court for the Southern District of Georgia. Plaintiff has filed an opposition to this motion, and the Government has filed a reply. Oral argument is unnecessary.

The facts of this case that bear on the determination of this motion are identical to those of King v. United States, No. 12-175C (Fed. Cl. Aug. 30, 2013). As in King, Plaintiff has sought to invoke the jurisdiction of this Court over a claim against the Government for the payment of overtime compensation pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 et seq. (2012). Here, as in King, the Government has argued that the jurisdiction of this Court over such a claim is precluded by United States v. Bormes, 133 S. Ct. 12 (2012). This Court agrees with the recent holding in King that Bormes does not prevent this Court from exercising jurisdiction over claims brought against the Government pursuant to the FLSA because the terms of the FLSA (1) contain a waiver of sovereign immunity independent of the Tucker Act and (2) provide for jurisdiction in this Court. King, slip op. at 6, 8.

Accordingly, the motion to transfer is DENIED.

IT IS SO ORDERED.

                                        s/Thomas C. Wheeler
                                        THOMAS C. WHEELER
                                         Judge